UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SAMANTHA HUTCHINGS,<br><br>                Plaintiff,<br><br>      v.<br><br>AVERITT EXPRESS, INC. and DANIEL DIAZ, individually and as an employee, agent and/or servant of AVERITT EXPRESS, INC.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>) CASE NO.: 2:22-cv-151<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332, 1441, and 1446, removing parties Averitt Express, Inc. and Daniel Diaz, by counsel, hereby file this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Removing parties, Averitt Express, Inc. and Daniel Diaz appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to them, state as follows:

## VENUE

1. On or about May 6, 2022, the above-entitled action was commenced against Defendants in the Lake County Superior Court of the State of Indiana, Cause No: 45D04-2205-CT-000432, and is now pending therein.

2. Removal to the Northern District of Indiana, Hammond Division, is appropriate pursuant to 28 U.S.C. § 1441(a), because the Northern District of Indiana, Hammond Division,

embraces the County of Lake, where the action was pending prior to the filing of this Notice of Removal.

## REMOVAL IS TIMELY

3. On May 9, 2022, removing party Diaz was served by certified mail with a summons and Complaint.

4. On May 11, 2022, removing party Averitt was served by certified mail with a summons and Complaint in the above-entitled action at their registered agent in Indianapolis, Indiana.

5. Therefore, pursuant to 28 U.S.C. §§ 1446 (b)(1), this removal is timely.

## STATE COURT PROCEEDINGS

6. On May 6, 2022, Plaintiff, Samantha Hutchings (hereinafter "Plaintiff"), filed her Complaint in the above-entitled action against Defendants in the Lake County Superior Court 4 in the State of Indiana, Cause No. 45D04-2205-CT-000432, and is now pending therein.

7. On or about May 23, 2022, Defendants filed an Attorney Appearance, Jury Trial Demand, and Motion for Enlargement of Time.

8. On or about May 23, 2022, the Court granted Defendants' Motion for Enlargement of Time, giving Defendants up to and including June 30, 2022 to answer Plaintiff's Complaint.

9. No further proceedings have been had in the Lake County Superior Court 4.

10. Defendants assert that there are no state court motions that remain pending at the time of this Notice of Removal.

## DIVERSITY JURISDICTION EXISTS

11. This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

12. Plaintiff is a citizen of the State of Indiana.

13. Defendant, Daniel Diaz, is a citizen of the State of Illinois.

14. AVERITT EXPRESS, INC. is a Tennessee corporation with its principal place of business in Cookeville, Tennessee.

15. Because AVERITT EXPRESS, INC. is not incorporated in Indiana or has its principal place of business in Indiana, it is not a citizen of the State of Indiana for purposes of diversity jurisdiction.

16. There is complete diversity of citizenship between the parties named in this case.

17. Plaintiffs' Complaint does not demand a specific sum of monetary damages. The State of Indiana does not permit a demand for a specific sum. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following:

   a. Plaintiff claims in her Complaint she was "physically injured, suffered disabling orthopedic injuries and broken bones, suffered emotional distress, and sustained other permanent and severe personal injuries; she incurred and will incur ambulance, hospital, diagnostic, surgical, therapeutic, pharmaceutical, and other medical expenses; she suffered and will suffer physical pain, mental suffering, terror, fright, loss of enjoyment of life and permanent impairment; she lost time or wages and impairment of her earnings capacity; and Samantha incurred other injuries and damages of a personal and pecuniary nature."

   b. On May 31, 2022, Plaintiff's counsel communicated to the undersigned that Plaintiff contends her damages will exceed $75,0000.

18. Based upon the injuries and damages alleged, Plaintiff seeks recovery in excess of $75,000, exclusive of interest and costs, the value to Plaintiff of the relief sought in the Complaint exceeds $75,000, exclusive of interest and costs, and/or the amount in controversy exceeds $75,000, exclusive of interest and costs.

19. Therefore, this state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Northern District of Indiana, Hammond Division; (2) this action is between citizens of different States; (3) the amount in controversy exceeds $75,000, exclusive of interest and costs.

## STATUTORY REQUIREMENTS

20. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81-2, a copy of the entire state court file is attached as an Exhibit and includes the State Court Record as of the date of this Notice of Removal, including the following: Appearance of Bryan L. Bradley and Kenneth J. Allen, Complaint for Damages; Summons to Averitt Express; Summons to Daniel Diaz; Appearance of Lesley A. Pfleging and Lynsey F. David on behalf of Defendants; Jury Demand; Motion for Enlargement of Time to File Responsive Pleading; and Order Granting Motion for Enlargement of Time.

21. A copy of this Notice of Removal has been filed in the Lake County Superior Court 4, and Plaintiff has been served with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, removing parties Averitt Express, Inc. and Daniel Diaz, by counsel, respectfully request that the above-entitled action be removed from the Lake County Superior Court 4 to the United States District Court for the Northern District of Indiana, Hammond Division.

LEWIS WAGNER, LLP

By:   s/*Lynsey F. David*
     LESLEY A. PFLEGING, #26857-49A
     LYNSEY F. DAVID, #32594-49
     **Counsel for Defendants**

CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2022, a copy of the foregoing was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

Bryan L. Bradley
Kenneth J. Allen
ALLEN LAW GROUP, LLC
1109 Glendale Boulevard
Valparaiso, IN  46383
**Counsel for Plaintiff**

     s/*Lynsey F. David*
     LYNSEY F. DAVID

LEWIS WAGNER, LLP
Suite 102
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Telephone:     317-237-0500
Facsimile:     317-630-2790
lpfleging@lewiswagner.com
ldavid@lewiswagner.com